UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 4:03-CR-50074-1FL

vs.          HON. PAUL V. GADOLA
          MAG. JUDGE WALLACE CAPEL, JR.

BRIAN PATRICK FRAZEE,

          Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on July 27, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on June 27, 2006. He was ordered temporarily detained. A detention hearing was held on July 31, 2006.

The Defendant is charged with violation of the Standard Condition by committing a state offense while on supervised release. He plead guilty to three counts of the charge of No Account Check, in the 44th District Court on April 14, 2006. He was sentenced on the offense on May 18, 2006.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on June 1, 2004.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by continuing to engage in criminal activity involving fraudulent activity. It further appears that the Defendant failed to inform his federal probation officer of his state court criminal offense, and that he has not provide truthful information to the probation officer.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: August 1, 2006**               s/ Wallace Capel, Jr.
                                        **WALLACE CAPEL, JR.**
                                        **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  James C. Mitchell, AUSA,  , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: Marc R. Lakin, 280 Daines, Ste. 201, Birmingham, MI 48009  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                        s/ James P. Peltier
                                        James P. Peltier
                                        Courtroom Deputy Clerk
                                        U.S. District Court
                                        600 Church St.
                                        Flint, MI 48502
                                        810-341-7850
                                        pete_peltier@mied.uscourts.gov